AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 21, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| DEBRA D. <br> *Plaintiff* <br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 1:22-CV-0086-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Order at ECF No. 24, this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. Judgment for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE.

Date: 8/21/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham